PER CURIAM.
The Florida Rules of Criminal Procedure adopted December 6, 1972, governs the procedure in vehicular and pedestrian and traffic offenses only insofar as such rules are made applicable by the Florida Rules of Practice and Procedure for traffic courts. F.R.Cr.P., Rule 3.010, 33 F.S.A. Upon request of the Traffic Court Review Committee, Rule 6.13 of the Florida Rules of Practice and Procedure for traffic courts is amended so as to read in the manner and form set forth in the appendage. This amendment shall govern all proceedings within its scope after 12:01 a. m., February 1, 1973. All conflicting rules and statutes are hereby superseded. Statutes not superseded shall remain in effect as rules promulgated by the Supreme Court.
It is so ordered.
ROBERTS, C. J., and ERVIN, ADKINS, BOYD, McCAIN and DEKLE, JJ., concur.
6.13. PRACTICE AS IN CRIMINAL RULES
When trial by jury is requested and authorized, such trial shall be governed by the following Rules of Criminal Procedure so far as they may be applicable:
3.030, 3.040, 3.050, 3.060, 3.070, 3.080, 3.-090, 3.100, 3.110, 3.180, 3.190, 3.220(d), 3.'-230, 3.231, 3.240, 3.280, 3.281, 3.290, 3.300, 3.310, 3.320, 3.330, 3.340, 3.350, 3.360, 3.370, 3.390, 3.391, 3.400, 3.410, 3.420, 3.430, 3.440, 3.450, 3.451, 3.470, 3.500, 3.510, 3.520, 3.530, 3.540, 3.560, 3.570, 3.580, 3.590, 3.600, 3.610, 3.620, 3.630, 3.640, 3.650, 3.670, 3.680, 3.690, 3.700, 3.722, 3.730.